UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALI KUYATEH, <br><br> Defendant. | CASE NO. **24-CR-186-1-JHC** <br><br> **DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged conspiracy to distribute controlled substances. The government contends Defendant has a leadership role in a large drug trafficking organization. His trafficking activity is prolific and involve large quantities involving 400 texts or calls per night. Violence has been a part of the drug activity in this case and the government contends that a person was shot at a drug house run by Defendant and died on the street right in front. The government also indicated that last year, a drug house that Defendant operated was searched by law enforcement. This did not deter Defendant from continuing with drug trafficking activity and he continued to

DETENTION ORDER - 1

do so until his arrest. The Court finds Defendant has failed to overcome the presumption that he is a danger to the community and should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 4th day of November, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2