UNITED STATES DISTRICT COURT - SEATTLE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALI KUYATEH,<br><br>　　　　Defendant. | Case No. 2:24-cr-00186-JHC-1<br><br>ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

　　　Before the Court is a Motion for Withdrawal and Substitution of Counsel for Defendant Defendant Kuyateh. Dkt. # 108. The Court GRANTS the motion. Tim Rusk is substituted as attorney of record in this matter for Peter Mazzone. The Court STRIKES as moot Mr. Mazzone's motion to withdraw at Dkt. # 95.

　　　DATED: November 20, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1