The Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ALI KUYATEH,
COOPER SHERMAN,
LAMIN SAHO,
OCHE POSTON,
JAQUAN MEANS,
DOMINIQUE SANDERS,
MATTHEW ROBINSON, and
YOHANNES WONDIMAGEGNEHU.

Defendants.

NO. CR24-186-JHC

**ORDER CONTINUING TRIAL**

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a nearly two-year investigation and there are multiple defendants charged in this matter,

Order Continuing Trial Date - 1
*United States v. Ali Kuyateh et al.* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and there is a significant volume of discovery that has been produced and is to be produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, parties' briefing reflects the extensive discovery already produced – more than 12,000 pages – which includes legal process obtained in the investigation (e.g., search warrants, T-III pleadings), line sheets reflecting pertinent intercepts from all three periods of T-III interception, surveillance photos, search photos, and HSI reports reflecting investigative events through approximately the end of September 2024. In addition, there remains to be produced additional supplemental reports, photos from the searches conducted on October 30, 2024, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and reports and materials generated by agencies other than HSI that have been involved in the investigation. To assist defense counsel with voluminous discovery, the Court has already appointed a Coordinating Discovery Attorney in this case (Dkt. 103). Given the scope and complexity of the underlying investigation, this case may also raise novel questions of law and fact.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendants in a speedy trial.

///

Order Continuing Trial Date - 2
*United States v. Ali Kuyateh et al.* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be
2  continued as to Defendants Ali Kuyateh, Cooper Sherman, Lamin Saho, Oche Poston,
3  Jaquan Means, Dominique Sanders, Matthew Robinson, and Yohannes
4  Wondimagegnehu until November 10, 2025, at 1:30 p.m. The period of delay from the
5  date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §
6  3161(h)(7).

7  IT IS FURTHER ORDERED that pretrial motions will be filed no later than
8  August 8, 2025. Defendants Ali Kuyateh, Cooper Sherman, Lamin Saho, Jaquan Means,
9  Dominique Sanders, Matthew Robinson, and Yohannes Wondimagegnehu shall file
10 waivers of speedy trial by December 9, 2024.

11 IT IS ORDERED.
12         DATED this 25th day of November, 2024.

*[signature: John H. Chun]*

The Honorable John H. Chun
United States District Judge

Presented by:

*s/ Michelle Jensen*  
MICHELLE JENSEN  
JOSEPH C. SILVIO  
Assistant United States Attorneys

*s/ Thomas D. Coe*  
THOMAS D. COE  
Counsel for Dennis Jaquan Means

*s/ George I. Davenport, Jr.*  
GEORGE I. DAVENPORT, JR

*s/ Bradley G. Barshis*  
BRADLEY G. BARSHIS

Order Continuing Trial Date - 3
*United States v. Ali Kuyateh et al.* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|  |  |
|---|---|
| Counsel for Cooper Sherman | CHARLES RICHARD VARNI<br>Counsel for Dominique Sanders |
| *s/ Carlos M. Santiago, Jr.*<br>CARLOS M. SANTIAGO, JR.<br>Counsel for Lamin Saho | *s/ Daniel S. Norman*<br>DANIEL S. NORMAN<br>Counsel for Yohannes Wondimagegnehu |
| *s/ Peter A. Camiel*<br>PETER A. CAMIEL<br>Counsel for Oche Poston | *s/ Tim Rusk*<br>TIM RUSK<br>Counsel for Ali Kuyateh |

Order Continuing Trial Date - 4
*United States v. Ali Kuyateh et al.* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970