UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>V.<br><br>ALI KUYATEH,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-cr-00186-JHC-1<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL |
|---|---|

Having considered the motion to withdraw and substitute counsel, Dkt. # 125, the records and files, and counsel TIM RUSK's sealed declaration, Dkt. # 126, the Court makes the following finding:

That based upon the reasons set forth in defense counsel's declaration, Mr. Rusk has a conflict of interest under RPC 1.7.

The Court ORDERS that TIM RUSK be removed as counsel of record and that the district's CJA Administration appoint new counsel.

Dated this 4th day of December, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE