# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:24-cr-00186-JHC-1 |
| Plaintiff, | ) |
| vs. | ) ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS |
| ALI KUYATEH, | ) |
| Defendant. | ) |

Before the Court is Defendant Ali Kuyateh's Unopposed Motion for Withdrawal and Substitution of Attorneys. Dkt. # 131. The Court GRANTS the motion and ORDERS that CASEY ARBENZ be substituted as the attorney of record for Defendant Kuyateh, and KEN THERRIEN be withdrawn as attorney of record.

DATED this 11th day of December, 2024.

*[signature]*
John H. Chun
United States District Judge

ORDER - 1
USA v KUYATEH, 2:24-cr-00186-JHC-1