| | |
|---|---|
| Sandy D. Baggett<br>P.O. Box 1069<br>Spokane, WA 99201<br>sandy@sandybaggett.com<br>(509) 822-9022 | The Hon. John H. Chun |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**ALI KUYATEH**,<br><br>　　　　　　Defendant. | No. 2:24-CR-00186-JHC-1<br><br>ORDER CONTINUING TRIAL |

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a nearly two-year investigation and there are multiple defendants charged in this matter, and there is a significant volume of discovery that has been produced and is to be produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, parties' briefing reflects the extensive discovery already produced – more than 12,000 pages – which includes legal process obtained in the investigation (e.g., search warrants, T-III pleadings), line sheets reflecting pertinent intercepts from all three periods of T-III interception, surveillance photos, search photos, and HSI reports reflecting investigative events through approximately the end of September 2024, photos from the searches conducted on October 30, 2024, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and reports and materials generated by agencies other than HSI that have been involved in the investigation.

THE COURT FURTHER FINDS that the failure to grant a continuance of the

trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendants in a speedy trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued as to Defendant Ali Kuyateh until April 27, 2026. IT IS FURTHER ORDERED that pretrial motions will be filed no later than January 23, 2026.

The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7).

Defendant Kuyateh's motion to expedite motion to continue trial is DENIED as moot.

IT IS ORDERED.

DATED this 12th day of August, 2025.

The Honorable John H. Chun
United States District Judge