UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALI KUYATEH,<br><br>Defendant. | Case No.: 2:24-CR-00186-JHC<br><br><br>ORDER RE:  MOTION FOR LEAVE TO APPEAR PRO HAC VICE |

The Court, on motion of counsel Michael R. Merritt for leave to appear pro hac vice, being fully advised,

HEREBY ORDERS that Michael R. Merritt, The Merritt Law Firm, PLLC, is granted permission to appear *pro hac vice* in the above-captioned action. Counsel shall appear at all scheduled proceedings by video unless ordered to appear in person.

IT IS FURTHER ORDERED that due to counsel's experience representing criminal defendants in the United States District Court for the Districts of Eastern Washington and Idaho, the requirement of associated local counsel is waived.

ORDER RE: MOTION FOR LEAVE
TO APPEAR PRO HAC VICE
- 1

Dated this 26th day of March, 2026.

_John H. Chun_

ORDER RE: MOTION FOR LEAVE TO APPEAR
PRO HAC VICE
- 2