The Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-186-JHC |
| Plaintiff | |
| v. | |
| ALI KUYATEH, and | **ORDER CONTINUING TRIAL** |
| ALVIN WHITESIDE, | |
| Defendants. | |

The Court has considered the parties' Agreed Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a nearly two-year investigation and there are multiple defendants charged in this matter, and there is a significant volume of discovery that has been produced and is to be produced. Therefore, it is unreasonable to expect defense counsel for Alvin Whiteside, who appeared in this matter approximately two weeks ago, to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as

currently set. More specifically, the parties' briefing reflects the extensive discovery already produced in this case – approximately 84,000 pages – legal process obtained in the investigation (e.g., search warrants, T-III pleadings), line sheets reflecting intercepted communications from all three periods of T-III interception, surveillance photos, search photos, and HSI reports reflecting investigative events taken in the case, recorded interviews of defendants and witnesses, lab reports, etc. In addition, there remains to be produced HSI reports relating to the later stages of the investigation, body worn camera video, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and subpoena returns. To assist defense counsel with the voluminous discovery in this case, the Court has already appointed a Coordinating Discovery Attorney in this case (Dkt. 103). Given the scope and complexity of the underlying investigation, this case may also raise novel questions of law and fact.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendants in a speedy trial.

///

///

///

Order Continuing Trial Date - 2
*United States v. Ali Kuyateh and Alvin Whiteside* / CR24-186-JHC

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued as to all Defendants until October 5, 2026, at 1:30 p.m. The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7).

IT IS FURTHER ORDERED that pretrial motions will be filed no later than July 6, 2026.

IT IS ORDERED.

DATED this 15th day of April, 2026.

_____
THE HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michelle Jensen
MICHELLE JENSEN
JOSEPH C. SILVIO
Assistant United States Attorneys

s/ Nicholas Wright Marchi
NICHOLAS WRIGHT MARCHI
Counsel for Alvin Whiteside

s/ Sandy Baggett
SANDY BAGGETT
Counsel for Ali Kuyateh

Order Continuing Trial Date - 3
*United States v. Ali Kuyateh and Alvin Whiteside* / CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970