UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALI KUYATEH,<br><br>Defendant. | Case No.: 2:24-CR-00186-JHC<br><br>ORDER |

This matter having come before the Court on the defendant's Unopposed Motion for Extension of Pre-Trial Motions Deadline (ECF No. 348), the Court, having reviewed the files herein, NOW AND THERFORE ORDERS:

The Motion is GRANTED; the Pre-Trial Motions Deadline is extended to July 27, 2026.

Done this 16th day of July, 2026.

_John H. Chun_____
John H. Chun
United States District Judge

ORDER
- 1