UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALI KUYATEH, and<br>ALVIN WHITESIDE,<br>Defendants. | NO. CR24-186 JHC<br><br>ORDER EXTENDING BRIEFING SCHEDULE FOR CERTAIN DEFENSE MOTIONS AND STRIKING OTHER DEFENSE MOTIONS WITH LEAVE TO REFILE<br><br>CLERK'S ACTION REQUIRED |

This matter comes before the Court on the parties' *Stipulated Motion to Extend the Briefing Schedule for Certain Defense Motions and to Withdraw Other Defense Motions with Leave to Refile.* Dkt. # 357. Having considered the motion, and finding good cause, the parties' motion is granted.

Whiteside's *Motion for Severance* (Dkt. # 351), Whiteside's *Motion to Suppress* (Dkt. # 352), and Kuyateh's *Motion to Suppress* (Dkt. # 353) are hereby re-noted for August 24, 2026. The new deadline for the government's responses is August 17, 2026, and the new deadline for defense replies is August 24, 2026.

In consideration for the government's agreement to provide defense with notice of any 404(b) evidence it intends to offer no later than September 4, 2026, Whiteside has

agreed to withdraw his *Motion in Limine* (Dkt. 350) and Kuyateh has agreed to withdraw his *Motion for Production and Designation of Fed. R. Evid. 404(b) Evidence* (Dkt. 356) with leave to refile, without prejudice, on or before the *motions in limine* deadline of September 25, 2026. The Court therefore DIRECTS the Clerk to strike these motions, and defense may file motions related to any 404(b) evidence of which the government provides notice on or before September 25, 2026.

DATED this 31st day of July, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge