UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALI KUYATEH and<br>ALVIN WHITESIDE,<br>Defendants. | Case No.: 2:24-CR-00186-JHC<br><br>ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES |

The Court has considered all the materials filed in connection with the parties' Stipulated Motion to Extend Pretrial Filing Due Dates and Defendant Kuyateh's Motion to Continue Trial and Pretrial Deadlines. Dkt. ## 398 & 399.

THE COURT FINDS that failure to grant the continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a nearly two-year investigation with multiple defendants charged in this matter. Mr. Kuyateh's briefing set forth the voluminous discovery produced to date and

the significant amount of document discovery paired with the 3-4 terabytes of surveillance video produced recently that make the continuance necessary to allow Mr. Kuyateh and his counsel to prepare for trial. The Court finds it would be unreasonable to expect Mr. Kuyateh and his counsel to be prepared for trial without the continuance.

THE COURT FURTHER FINDS that the failure to grant the continuance of the trial date and the pretrial motions deadline would deny Mr. Kuyateh and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendants in a speedy trial.

Defendant Alvin Whiteside's objection to the continuance is overruled. Defendants in this case are alleged to have conspired together. All the charges arise out of a common investigation, including common wiretap applications. It is well established that in multidefendant cases, a reasonable trial continuance as to any defendant tolls the Speedy Trial Act period as to all joined co-defendants, even those who object to a trial continuance or who refuse to submit a waiver under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(6).

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued as to Defendants Ali Kuyateh and Alvin Whiteside until February 22, 2027. The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that pretrial motions will be filed no later than January 11, 2027.

The Court STRIKES the pretrial conference set for Monday, September 21, 2026, Dkt. # 398, and Dkt. # 402 as moot.

IT IS SO ORDERED.

Dates this 18th day of September, 2026.

John H. Chun
United States District Judge